IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IVAN KEITH GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv592-MHT |
| | ) | (WO) |
| CITY OF DOTHAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The defendant's motion to strike (doc. no. 50) is denied.

(2) However, to the extent the defendant is merely objecting to the admissibility of evidence, the plaintiff is allowed until June 5, 2015, to respond.

In resolving the pending summary-judgment motion, the court has implicitly considered the motion to strike as a notice of objections to the testimony described. See Norman v. Southern Guar. Ins. Co., 191 F. Supp. 2d 1321, 1328 (M.D. Ala. 2002); Anderson v.

<u>Radisson Hotel Corp.</u>, 834 F. Supp. 1364, 1368 n. 1 (S.D. Ga. 1993).  The court is capable of sifting evidence, as required by the summary-judgment standard, without resort to an exclusionary process, and the court will not allow the summary-judgment stage to degenerate into a battle of motions to strike.  Rather, as is apparent from this order, the court will entertain briefs on the admissibility of evidence.

DONE, this the 26th day of May, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**