IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IVAN "KEITH" GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv592-MHT |
| | ) | (WO) |
| CITY OF DOTHAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that defendant's motion to strike and seal (doc. no. 71) is denied.

With respect to the request to summarily deny, strike, and seal plaintiff's motion to clarify (doc. no. 70), it is denied because defendant's motion suggests no reason that plaintiff's motion itself should not be available to the public.  With respect to the request to place under seal the exhibit--a confidential settlement agreement--attached to plaintiff's motion (doc. no. 70-1), it is denied as moot because this document is already (properly) under seal.

DONE, this the 7th day of June, 2016.

　　　　　　　　　　　　　　/s/ Myron H. Thompson____
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE