IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IVAN "KEITH" GRAY, )<br>)<br>    Plaintiff, )<br>) | <br><br>CIVIL ACTION NO. |
| v. ) | 1:14cv592-MHT |
| ) | (WO) |
| CITY OF DOTHAN, )<br>)<br>    Defendant. ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 69), and in accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 9th day of August, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE